262 So.2d 787

**REILLY–BENTON COMPANY, Inc. and the Peabody Corporation**

v.

**LIBERTY MUTUAL INSURANCE CORPORATION.**

No. 52518.

June 15, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

262 So.2d 787

**NEW ORLEANS FIRE FIGHTERS AS-SOCIATION, LOCAL 632, et al.,**

v.

**CITY OF NEW ORLEANS et al.**

No. 52511.

June 15, 1972.

Writ refused. Since the case has been remanded the judgment is not final, the rights of all parties are reserved.